UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO: 09-178** |
| **LIONEL PERKINS** | * | **SECTION: "I"** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, IT IS ORDERED that the Government's Motion for Bond Forfeiture Pursuant to Federal Rules of Criminal Procedure 46(f)(1) (Rec. Doc. #75) is hereby GRANTED and defendant's bond is hereby FORFEITED.

IT IS FURTHER ORDERED that the bond forfeiture in the amount of $100,000 be SET ASIDE AND/OR REMITTED in FULL.

New Orleans, Louisiana, this    30th    day of June, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE